IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: |
| MATTHEW LOWE | : | VIOLATIONS:<br>18 U.S.C. § 2422(b) (use of an interstate |
| | : | commerce facility to entice, and attempt<br>to entice, a minor to engage in sexual |
| | : | conduct – 1 count)<br>18 U.S.C. § 2252(a)(2), (b)(1) |
| | : | (receipt of child pornography – 1 count) |
| | : | Notice of forfeiture |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about April 19, 2025, in Berks County, in the Eastern District of Pennsylvania, defendant

MATTHEW LOWE

used a means and facility of interstate and foreign commerce, that is, the Internet and a cellular telephone service, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense, that is, attempted involuntary deviate sexual intercourse with a child under 16 years of age, in violation of Title 18 Pa. C.S.A. § 3123(a)(7), and attempted statutory sexual assault, in violation of Title 18 Pa. C.S.A. § 3122.1(b), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 19, 2025, in Berks County, in the Eastern District of Pennsylvania, defendant

## MATTHEW LOWE

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

2

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2422(b) and 2252(a)(2), as set forth in this indictment, defendant

**MATTHEW LOWE**

shall forfeit to the United States of America:

(a) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations; or

(b) Any visual depiction described in 18 U.S.C. §§ 2252 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, possessed, or accessed with intent to view, in violation of Title 18, United States Code, Chapter 110.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2428 and 2253(b), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

3

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

A TRUE BILL:

GRAND JURY FOREPERSON

_Christine & Ayres for_

DAVID METCALF
UNITED STATES ATTORNEY

*No.26-*

---

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

---

## THE UNITED STATES OF AMERICA

vs.

## MATTHEW LOWE

INDICTMENT

18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice, and attempt to entice, a minor to engage in sexual conduct – 1 count)
18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count)
Notice of forfeiture

---



A true bill.

_____

Filed in open court this _____ 16ᵗʰ _____ day,
Of ___July___ A.D. 20 26

_____

Bail, $ _____